# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-3240

_____

United States of America

*Plaintiff - Appellee*

v.

Richard W. Whitsitt

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: March 23, 2020
Filed: March 26, 2020
[Unpublished]

_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Richard Whitsitt appeals the sentence the district court[1] imposed upon revoking his supervised release. Pursuant to Anders v. California, 386 U.S. 738 (1967), his

_____

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.

counsel moved for leave to withdraw and filed a brief arguing that the sentence is substantively unreasonable.

On review, we conclude that the district court did not impose an unreasonable sentence. <u>See</u> <u>United States v. Miller</u>, 557 F.3d 910, 915–18 (8th Cir. 2009) (appellate court first ensures no significant procedural error occurred, then considers substantive reasonableness of sentence under deferential abuse-of-discretion standard). The court considered the 18 U.S.C. § 3553(a) factors, provided appropriate reasons for its decision, and imposed a sentence below the statutory maximum. <u>United States v. Larison</u>, 432 F.3d 921, 922– 24 (8th Cir. 2006) (revocation sentence may be unreasonable if district court fails to consider relevant § 3553(a) factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment); 18 U.S.C. § 3583(e)(3) (maximum prison term upon revocation is 2 years for Class C felony). Accordingly, we grant counsel's motion to withdraw and affirm.

_____